# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                          §
                                                §
Baylor, James E.                                §         Case No. 12-35166 KRH
                                                §
                      Debtor(s)                 §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
     .   The undersigned trustee was appointed on                .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

           Funds were disbursed in the following amounts:

           Payments made under an interim
           disbursement
           Administrative expenses
           Bank service fees
           Other payments to creditors
           Non-estate funds paid to 3rd Parties
           Exemptions paid to the debtor
           Other payments to the debtor

           Leaving a balance on hand of[1]                  $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was               and the deadline for filing governmental claims was               . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $           . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $       as interim compensation and now requests a sum of $           , for a total compensation of $         [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $       , and now requests reimbursement for expenses of $       , for total expenses of $         [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Keith L. Phillips, Trustee _____
                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    1

Exhibit A

| Case No: | 12-35166 | KRH | Judge: Kevin R. Huennekens |
|---|---|---|---|

Case Name:    Baylor, James E.

For Period Ending:  05/28/13

Trustee Name:    Keith L. Phillips, Trustee

Date Filed (f) or Converted (c):    09/04/12 (f)

341(a) Meeting Date:    10/02/12

Claims Bar Date:    04/10/13

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | 236 FARRELL LANE IN THE CITY OF FREDRICKSBURG, VA 1st Lien not recorded in proper jurisdiction, avoidable. | 100,000.00 | 0.00 | | 79,900.00 | FA |
| 2. | HOUSE ON 3.5 ACRES IN KING GEORGE COUNTY, VA | 45,000.00 | 0.00 | OA | 0.00 | FA |
| 3. | NSWC FED CU | 5.00 | 0.00 | OA | 0.00 | FA |
| 4. | NSWC FED CU PERSONAL CHECKING | 300.00 | 0.00 | OA | 0.00 | FA |
| 5. | UNION FIRST MARKET BANK (u) AMENDED TO ADD 9/18/12 | 430.00 | 0.00 | OA | 0.00 | FA |
| 6. | UNION FIRST MARKET SAVINGS JOINT W/SON NO EQUITABLE INTEREST BAL IS $10.00. SON IS 17 | Unknown | 0.00 | OA | 0.00 | FA |
| 7. | COUCH, LOVE SEAT, COFFEE TABLE, 2 END TABLES, KITCHEN TABLE AND CHAIRS, DRESSER AND BED, COMPUTER DESK, 3 TVS, COMPUTER W PRINTER, STEREO, MICROWAVE, WASHER DRYER, HOUSEWARES, KITCHENWARES, TABLEWARES | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 8. | VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 9. | CLOTHING | 400.00 | 0.00 | OA | 0.00 | FA |
| 10. | TERM ONLY THRU JOB | 0.00 | 0.00 | OA | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| | |
|---|---|
| Case No: | 12-35166    KRH    Judge: Kevin R. Huennekens |
| Case Name: | Baylor, James E. |

| | |
|---|---|
| Trustee Name: | Keith L. Phillips, Trustee |
| Date Filed (f) or Converted (c): | 09/04/12 (f) |
| 341(a) Meeting Date: | 10/02/12 |
| Claims Bar Date: | 04/10/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. 1986 CAMARO INOPERABLE | 800.00 | 0.00 | OA | 0.00 | FA |
| 12. 1988 F350 | 1,700.00 | 0.00 | OA | 0.00 | FA |
| 13. 2000 VW JETTA INOPERABLE | 300.00 | 300.00 | OA | 0.00 | FA |
| 14. 2012 TOYOTA CAMRY | 20,000.00 | 20,000.00 | OA | 0.00 | FA |
| 15. AUTO MECHANIC TOOLS OF TRADE | 7,500.00 | 0.00 | OA | 0.00 | FA |
| 16. VRS (u) AMENDED 9/18/12 | 0.00 | 0.00 | OA | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $177,435.00 | $20,300.00 | | $79,900.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

11/6/12 Christian Barton hired to avoid mortgage.  Lien not recorded in proper jurisdiction.

1/4/13 Default entry entered against 1st mortage.  Trustee to sell real property.

4/16/13 Debtor has lived in residence for nine years, no tax return is required in this case.

Initial Projected Date of Final Report (TFR): 12/31/13        Current Projected Date of Final Report (TFR): 12/31/13

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:        12-35166  -KRH
Case Name:      Baylor, James E.

Trustee Name:              Keith L. Phillips, Trustee
Bank Name:                 VIRGINIA HERITAGE
Account Number / CD #:     *******5247  Checking - Non Interest

Taxpayer ID No:  *******6122
For Period Ending:  05/28/13

Blanket Bond (per case limit):  $  2,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/15/13 | 1 | MICHAEL J. BARRETT TRUST ACCOUNT | SALE OF FARRELL LANE PER ORDER GRANTING MOTION TO EXPEDITE HEARING AND MOTION TO SELL PROPERTY OF THE ESTATE OTHER THAN IN THE ORDINARY COURSE OF BUSINESS AND TO COMPENSATE BROKER/REALTOR AT CLOSING 3/28/13. | | 59,086.52 | | 59,086.52 |
| | | | Memo Amount:       79,900.00 | 1110-000 | | | |
| | | | SALE OF 236 FARRELL LANE | | | | |
| | | | Memo Amount:    (    4,794.00 ) | 3510-000 | | | |
| | | | COMMISSION TO REALTOR | | | | |
| | | | Memo Amount:    (  14,041.00 ) | 4110-000 | | | |
| | | | PAYOFF OF FIRST MORTGAGE | | | | |
| | | | Memo Amount:    (      184.51 ) | 2820-000 | | | |
| | | | TAXES | | | | |
| | | | Memo Amount:    (    1,793.97 ) | 2500-000 | | | |
| | | | SETTLEMENT CHARGES | | | | |
| 05/03/13 | 001001 | KANAWHA LAND TITLE SERVICES LLC 1802 BAYBERRY COURT, SUITE 305 RICHMOND, VA  23226 | 22130186 / BAYLOR | 2990-000 | | 94.00 | 58,992.52 |
| 05/07/13 | | VIRGINIA HERITAGE | BANK SERVICE FEE | 2600-000 | | 30.35 | 58,962.17 |

Page Subtotals        59,086.52        124.35

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-35166  -KRH | Trustee Name: | Keith L. Phillips, Trustee |
| Case Name: | Baylor, James E. | Bank Name: | VIRGINIA HERITAGE |
| | | Account Number / CD #: | *******5247  Checking - Non Interest |
| Taxpayer ID No: | *******6122 | | |
| For Period Ending: | 05/28/13 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | | Memo Allocation Receipts: | 79,900.00 | COLUMN TOTALS | | 59,086.52 | 124.35 | 58,962.17 |
| | | Memo Allocation Disbursements: | 20,813.48 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | | Subtotal | 59,086.52 | 124.35 | |
| | | Memo Allocation Net: | 59,086.52 | Less:  Payments to Debtors | | 0.00 | |
| | | | | Net | 59,086.52 | 124.35 | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 79,900.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 20,813.48 | Checking - Non Interest - *******5247 | 59,086.52 | 124.35 | 58,962.17 |
| Total Memo Allocation Net: | 59,086.52 | | 59,086.52 | 124.35 | 58,962.17 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

| | EXHIBIT C | |
|---|---|---|
| Page 1 | ANALYSIS OF CLAIMS REGISTER | Date: May 28, 2013 |

Case Number:    12-35166
Debtor Name:    Baylor, James E.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class    Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|
| 001 2700-00 | U. S. Bankruptcy Court 701 East Broad Street, Suite 4000 Richmond, VA 23219 | Administrative ADVERSARY CASE FEE 12-03212 | $293.00 | $0.00 | $293.00 |
| 001 3220-00 | Christian & Barton, LLP 909 East Main Street, Suite 1200 Richmond, VA 23219-3095 | Administrative | $568.15 | $0.00 | $568.15 |
| 001 3210-00 | Christian & Barton, LLP 909 East Main Street, Suite 1200 Richmond, VA 23219-3095 | Administrative | $13,436.00 | $0.00 | $13,436.00 |
| 000001 010 4110-00 | NSWC FCU P.O. BOX 519 ATTN: RISK DEPT. DAHLGREN, VA 22485 | Secured The Trustee objects to this claim as it is a secured claim that was paid out of closing. Claim withdrawn 5/3/13 | $0.00 | $0.00 | $0.00 |
| 000003 047 5600-00 | OLDE GREENWICH COMMUNITY COUNCIL, INC. 198 OLDE GREENWICH DRIVE FREDERICKSBURG, VA 22408 | Priority The Trustee objects to this claim as it is a secured claim that was paid out of closing. Withdrawn 4/29/13 | $0.00 | $0.00 | $0.00 |
| 000002 070 7100-00 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Unsecured | $3,630.40 | $0.00 | $3,630.40 |
| 000004 070 7100-00 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF CHASE BANK USA NA POB 29262 NEW YORK NY 10087-9262 | Unsecured | $1,518.09 | $0.00 | $1,518.09 |
| 000005 070 7100-00 | SUNTRUST MORTGAGE, INC. BANKRUPTCY DEPARTMENT RVW 3034 PO BOX 27767 RICHMOND, VA 23261 | Unsecured The Trustee objects to this claim as secured.  It has been determined that SunTrust Mortgage Inc. (through Adversary Proceeding 12-03212) did not properly perfect its lien and the Trustee obtained Default Judgment against SunTrust Mortgage Inc. on 2/19/13. The Trustee will allow this claim as a general unsecured claim. 5/13/13 SunTrust amended claims as unsecured. | $120,645.49 | $0.00 | $120,645.49 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: May 28, 2013

Case Number:    12-35166
Debtor Name:    Baylor, James E.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000006 070 7100-00 | CAPITAL ONE, N.A. BASS & ASSOCIATES, P.C. 3936 E. FT. LOWELL ROAD, SUITE #200 TUCSON, AZ 85712 | Unsecured | | $1,011.65 | $0.00 | $1,011.65 |
| 000007 070 7100-00 | PORTFOLIO RECOVERY ASSOCIATES, LLC POB 41067 NORFOLK VA 23541 | Unsecured | | $5,408.05 | $0.00 | $5,408.05 |
| | Case Totals: | | | $146,510.83 | $0.00 | $146,510.83 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-35166 KRH
Case Name: Baylor, James E.
Trustee Name: Keith L. Phillips, Trustee

Balance on hand                                                      $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|-------------------------|------------------|
| 000001 | NSWC FCU | $ | $ | $ | $ |

Total to be paid to secured creditors                    $_____

Remaining Balance                                          $_____


Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee Fees: Keith L. Phillips, Trustee | $ | $ | $ |
| Trustee Expenses: Keith L. Phillips, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Christian & Barton, LLP | $ | $ | $ |
| Attorney for Trustee Expenses: Christian & Barton, LLP | $ | $ | $ |
| Charges: U. S. Bankruptcy Court | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                                          $_____


Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 000003 | OLDE GREENWICH COMMUNITY COUNCIL, INC. | $ | $ | $ |

Total to be paid to priority creditors            $_____

Remaining Balance                                 $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 000002 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ | $ | $ |
| 000004 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF CHASE | $ | $ | $ |
| 000005 | SUNTRUST MORTGAGE, INC. | $ | $ | $ |
| 000006 | CAPITAL ONE, N.A. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*